UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**RICKY DAVIS (#554718)**

**VERSUS**

**DARRYL VANNOY, ET AL.**

**CIVIL ACTION**

**NO. 16-798-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 2, 2019, to which no opposition was filed;

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is dismissed, without prejudice.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>January 23, 2019</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**